## BUCKLEY v. STATE.

(Court of Criminal Appeals of Texas. May 15, 1912.)

CRIMINAL LAW (§ 1131*) — APPEAL—DISMISSAL—GROUNDS—ESCAPE.

An appeal from a conviction will be dismissed on motion, on it appearing that appellant has escaped from custody.

[Ed. Note.—For other cases, see Criminal Law, Cent. Dig. §§ 2971–2979, 2985; Dec. Dig. § 1131.*]

Appeal from District Court, Nolan County; Jas. L. Shepherd, Judge.

B. A. Buckley was convicted of rape, and he appeals. Appeal dismissed.

C. E. Lane, Asst. Atty. Gen., for the State.

DAVIDSON, P. J. This conviction was for rape. Appellant has escaped pending his appeal. Motion is made to dismiss the appeal. This motion will be granted, and the appeal dismissed.